IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

WILLIE SMITH,

    Plaintiff,

v.                                   CASE NO. 4:06cv163-RH/WCS

WARDEN MARTHA HUMPHRIES et al.,

    Defendants.

_____/

## ORDER OF DISMISSAL

This matter is before the court on the magistrate judge's report and recommendation (document 4), to which no objections have been filed. Upon consideration,

    IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the opinion of the court. Plaintiff's motion to proceed *in forma pauperis (*document 2), is DENIED. The clerk shall enter judgment stating, "This action is DISMISSED without prejudice." The clerk shall close the file.

    SO ORDERED this 26th day of May, 2006.

                                              s/Robert L. Hinkle
                                              Chief United States District Judge